1  TRACY L. MAINGUY, Bar No. 176928
   OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS - MULTI-SERVICES
2  1620 South Loop Road
   Alameda, CA  94502
3  (510) 748-7474

4

5

6  Attorney for the Plaintiffs

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| 11  KEN WALTERS, JOHN BONILLA, in their respective capacities as Trustees of the 12  OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR 13  NORTHERN CALIFORNIA, et al., | Case No.  C 04 0855 SC Assigned to Honorable Samuel Conti  **STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE; ORDER THEREON** |
| 14                       Plaintiffs, | |
| 15       vs. | Complaint Filed: March 2, 2004 |
| 16  DREXAL POWER, INC., et al., | |
| 17                       Defendants. | |

18       Plaintiffs and Defendant, DREXAL POWER, INC., stipulate and agree to the following:

19       1.    The above-captioned matter is dismissed without prejudice pursuant to Federal

20  Rule of Procedure 41(a)(1).

21       2.    Each party will bear their own attorneys' fees and costs relating to this

22  proceeding.

23  Dated this 5th day of June of 2006

24                                              OPERATING ENGINEERS LOCAL UNION
                                                NO. 3 TRUST FUNDS – MULTI-SERVICES
25

26
                                           By: /s/
27                                              TRACY L. MAINGUY
                                                Attorney for Plaintiffs
28

1  Dated this 5th day of June of 2006

2                                       KLEIN, DeNATALE, GOLDNER,
3                                       COOPER, ROSENLIEB & KIMBALL, LLP

4

5                                       By: /s/ _____
                                              TIMOTHY G. SCANLON
6                                             Attorney for Defendant,
                                              DREXAL POWER, INC.

7

8                                    **ORDER**

9       Based upon the above-stated stipulation for dismissal of action without prejudice and

10 pursuant to Federal Rule of Procedure 41 (a)(1), this action is dismissed without prejudice as to

11 the Defendant, DREXAL POWER, INC.

12

13   DATED: ___6/8/06_____

14                                       _____
15                                       HON. UNITED STATES DISTRICT COURT
                                         JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*